# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RONDEVOO TECHNOLOGIES, LLC, | : | Case No. 2:19-cv-04771-EAS-KAJ |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus |
| | : | |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| DEEP LENS, INC., | : | |
| | : | |
| Defendant. | : | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Deep Lens, Inc. ("Deep Lens"), in accordance with Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement. Deep Lens is a corporation organized and existing under the laws of the State of Delaware. Deep Lens has no parent corporation, and no publicly-held corporation owns any interest in Deep Lens, Inc.

Respectfully submitted,

ICE MILLER LLP

*s/ T. Earl LeVere*
T. Earl LeVere          (0063515)
Trial Attorney
Ice Miller LLP
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1095
Facsimile: (614) 228-4847
Email: Earl.LeVere@icemiller.com

*Counsel for Defendant Deep Lens, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby states that a true and accurate copy of the foregoing *Corporate Disclosure Statement* was served on the 4th day of December 2019, via the Court's CM/ECF system, to all parties consenting to service through the same.

*s/ T. Earl LeVere*
T. Earl LeVere
